ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JENNIFER M. RESNIK
Assistant United States Attorney
Asset Forfeiture Section
(Cal. State Bar # 233634)
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-6595
     Facsimile: (213) 894-7177
     E-mail: jennifer.resnik@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. CV 12-09267-JGB (CW) |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER APPROVING STIPULATED |
| APPROXIMATELY 128 CARTONS OF HAIR IRONS AND APPROXIMATELY 19 CARTONS OF HAIR RAZORS, | ) SETTLEMENT AGREEMENT AND ) DISMISSING ACTION |
| Defendant. | ) |
| GEORGY JARRAH BEAUTY, INC., | ) |
| Claimant. | ) |

The United States of America and claimant Georgy Jarrah Beauty, Inc., through their respective counsel, have entered a

Stipulated Settlement Agreement and requested that the Court dismiss this action pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Upon consideration of the Stipulated Settlement Agreement and the entire record herein, and good cause appearing therefor, IT IS HEREBY ORDERED that the request should be and hereby is GRANTED. The Stipulated Settlement Agreement is approved and this action is hereby DISMISSED with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, except that this Court shall retain jurisdiction to enforce the terms of the Stipulated Settlement Agreement. The court finds that there was reasonable cause for the seizure of the defendant property and institution of these proceedings. This Order shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

JS-6

Dated: April 26, 2013

_____
THE HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

Submitted by:

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

__/s/_____
JENNIFER M. RESNIK
Assistant United States Attorney
Attorneys for United States

2